UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5: 09-CR-00353-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO MODIFY AMOUNT OF RESTITUTION |
| EBONY MARIE JUDD | |

Upon motion of the United States and for good cause shown, the Government's motion to modify the judgment in the above-referenced case will reflect the true and accurate amount of loss to the victim(s) in the amount of $7,464.86. Joint and Several with co-defendant's.

IT IS SO ORDERED, this the 6 day of August, 2010.

TERRENCE W. BOYLE
United States District Judge