UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-353-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| EBONY MARIE JUDD. | ) | |

This matter is before the Court on Defendant Ebony Marie Judd's Motion to Reduce Sentence. For the foregoing reasons, Defendant's motion is denied.

## DISCUSSION

On or about April 6, 2010, Judd was sentenced to 81 months' imprisonment after pleading guilty, pursuant to a written plea agreement, to one count of 18 U.S.C. §1951 (Hobbs Act Robbery) and one count of 18 U.S.C. §371 (conspiracy to commit bank robbery). Due to her cooperation in the case, the government moved for, and the Court granted, a sentencing reduction pursuant to U.S.S.G. §5K1.1. Her resulting in the total sentence of 81 months.

On September 1, 2010, Defendant wrote a letter to the Court describing what she claims to have learned from her case and asking generally for some relief from the sentence imposed. The clerk filed the letter as a motion for sentence reduction.

Because Defendant's motion does not articulate any legal basis for a further reduction in her sentence, the Court is without power to grant the relief she requests.

Based on the foregoing, Defendant's motion to reduce sentence is DENIED.

SO ORDERED.

This the 7 day of October, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE