UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-353-1-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EBONY MARIE JUDD. | ) | |

This matter is before the Court on Defendant Ebony Marie Judd's Motion for Reconsideration [DE 53] of this Court's October 7, 2010 Order [DE 52] denying Defendant's Motion to Reduce Sentence. The Court has considered the instant motion and finds that no reason exists to alter Defendant's sentence in this matter. Accordingly, Defendant's Motion for Reconsideration is DENIED.

SO ORDERED.

This the 11 day of January, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE