UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-353-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| EBONY MARIE JUDD. | ) | |

Pending before the Court is a Motion to Appoint Counsel and Motion for Leave to Proceed *In Forma Pauperis*. [D.E. 45]. The Clerk's Office has, on two separate occasions, provided the Defendant with an Application to Proceed without Payment in what appears to a post-conviction collateral attack on her sentence. Defendant has failed to return either of those Applications. Accordingly, the Court ORDERS that Defendant return a completed Application to Proceed without Payment within 30 days of the date of this Order. If Defendant fails to return a completed Application to Proceed without Payment within that time frame, the instant motions [D.E. 45] will be DENIED.

SO ORDERED.

This the 11 day of January, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE