UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.5:09-CR-353-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| EBONY MARIE JUDD. | ) | |

This matter is before the Court on defendant Ebony Marie Judd's motion for early release and restitution relief [DE 87]. For the reasons stated herein, the defendant's motion is DENIED.

DISCUSSION

Defendant pleaded guilty, pursuant to a written plea agreement, to one count of Hobbs Act robbery, in violation of 18 U.S.C. § 1951, and one count of conspiracy to commit bank robbery, in violation of 18 U.S.C. § 371. Due to her cooperation in the case, the government moved for a sentencing reduction pursuant to U.S.S.G. § 5K1.1. On April 6, 2010, the Court granted that motion for reduction and imposed a total sentence of 81 months.

On October 8, 2010, the Court denied the defendant's first motion for a sentence reduction. On March 31, 2011, the defendant filed a second *pro se* motion to reduce her sentence. On April 21, 2011, the Court denied the defendant's second motion for a reduction in her sentence. The defendant has now filed a motion for early release and restitution relief. The defendant's motion does not provide any legal basis upon which the Court might grant the relief

1

she seeks. The Court does not find a compelling reason to reopen the matter of the defendant's sentencing at this time and, as such, the defendant's motion is DENIED.

SO ORDERED
This the 2 day of April, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE